NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WORLDWIDE HOME PRODUCTS, INC.,**
*Plaintiff*

v.

**TIME, INC., BED BATH & BEYOND, INC., COHESION PRODUCTS INC., SHERRY HANSON,**
*Defendants-Appellees*

v.

**JEFFREY SONNABEND,**
*Movant-Appellant*

---

2015-1544, -1550, -1551

---

Appeals from the United States District Court for the Southern District of New York in No. 1:11-cv-03633-LTS-MHD, Judge Laura Taylor Swain.

---

**ON MOTION**

---

**O R D E R**

Ariel Michael Furman moves unopposed to withdraw as counsel for Jeffrey Sonnabend. The court notes that

Mr. Sonabend's entry of appearance indicates he will proceed pro se.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31